1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANGELA GILBERT, et al.,                    No.  2:25-cv-1599-SCR

12                Plaintiffs,

13        v.                                       ORDER

14    COUNTY OF SUTTER, et al.,

15                Defendants.

16

17        Plaintiffs are the parents and successors in interest to Chad James Dean Gilbert, a former

18   county inmate, who are proceeding through counsel with this civil rights action pursuant to 42

19   U.S.C. § 1983.  Plaintiffs filed this complaint on June 6, 2025, and paid the filing fee.

20        Plaintiffs' complaint states a cognizable claim for relief pursuant to 42 U.S.C.

21   § 1983 and 28 U.S.C. § 1915A(b) as well as supplemental state law claims against defendants

22   County of Sutter, Sutter County Sheriff's Department, Brandon Barnes, Ashlee Moseley, Vishaal

23   Virk, Kristina Hayes, Deputy Howard, Clayton Wymore, Deputy Garza, William Ward, Nicolas

24   Lopez, D. Inguanzo, Anthony Calderon, William Hancock, Brandi Gubbels, and Bi-County

25   Ambulance Service Inc.  If the allegations of the complaint are proven, plaintiffs have a

26   reasonable opportunity to prevail on the merits of the action.  The Clerk of the Court will be

27   directed to issue the appropriate number of summonses to plaintiffs for purposes of service of

28   process.  See Federal Rule of Civil Procedure 4.

1

Plaintiffs shall complete service of process in accordance with Federal Rule of Civil Procedure 4 within sixty days from the date of this order.  Plaintiffs shall serve a copy of this order on each defendant together with a summons and a copy of the complaint.

The parties are informed that they may, if all consent, have this case tried by a United States Magistrate Judge while preserving their right to appeal to the Circuit Court of Appeals.  An appropriate form for consent to trial by a magistrate judge is attached.  Any party choosing to consent may complete the form and return it to the clerk of this court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue and send plaintiffs summons for defendants County of Sutter, Sutter County Sheriff's Department, Brandon Barnes, Ashlee Moseley, Vishaal Virk, Kristina Hayes, Deputy Howard, Clayton Wymore, Deputy Garza, William Ward, Nicolas Lopez, D. Inguanzo, Anthony Calderon, William Hancock, Brandi Gubbels, and Bi-County Ambulance Service Inc.  The Clerk shall also send plaintiffs copy of the form "Consent to Proceed Before United States Magistrate Judge" with this order.

2. Plaintiffs shall complete service of process on the defendants within sixty days from the date of this order.  Plaintiffs shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on each defendant at the time the summons and complaint are served.

3. Defendants shall reply to the complaint within the time provided in Fed. R. Civ. P. 12(a).

DATED: July 11, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2