Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Caitlin Cozine (SBN 359459)
E-mail: ccozine@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF SUTTER and SUTTER COUNTY SHERIFF'S OFFICE (erroneously sued herein as "SUTTER COUNTY SHERIFF'S DEPARTMENT") (collectively, "COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA GILBERT, an individual, ANGELA GILBERT as Successor in Interest to CHAD JAMES DEAN GILBERT Pursuant to California Code of Civil Procedure section 377.30, CASEY GILBERT, SR., an individual, CASEY GILBERT, SR. as Successor in Interest to CHAD JAMES DEAN GILBERT Pursuant to California Code of Civil Procedure section 377.30,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S DEPARTMENT, SHERIFF BRANDON BARNES, DEPUTY ASHLEE MOSELEY, DEPUTY VISHAAL VIRK, DEPUTY KRISTINA HA YES, DEPUTY HOW ARD, DEPUTY CLAYTON WYMORE, DEPUTY GARZA, DEPUTY WILLIAM WARD, DEPUTY NICOLAS LOPEZ, SGT. D. INGUANZO, DEPUTY ANTHONY CALDERON, DEPUTY WILLIAM HANCOCK, DEPUTY BRANDI GUBBELS, and BI-COUNTY AMBULANCE SERVICE INC,<br><br>Defendants. | Case No. 2:25-cv-01599-SCR (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COUNTY DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Judge:    Hon. Sean C. Riordan<br><br>Trial Date:          TBD |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4928-8307-3885 v2                                1                Case No. 2:25-cv-01599-SCR (PC)
STIP & [PROP] ORDER TO EXTEND
DEADLINE FOR COUNTY DEFTS TO RESP.

Pursuant to the stipulation of Plaintiffs and Defendants COUNTY OF SUTTER and SUTTER COUNTY SHERIFF'S OFFICE (erroneously sued herein as "SUTTER COUNTY SHERIFF'S DEPARTMENT") (collectively, "COUNTY DEFENDANTS"), the COUNTY DEFENDANTS, and any other individually named defendant, including Defendant SHERIFF BRANDON BARNES, represented by the stipulating defense counsel, shall file a response to the Complaint on or before October 3, 2025.

**IT IS SO ORDERED.**

DATED: August 27, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4928-8307-3885 v2

2

Case No. 2:25-cv-01599-SCR (PC)
STIP & [PROP] ORDER TO EXTEND
DEADLINE FOR COUNTY DEFTS TO RESP.