1  Gregory B. Thomas (SBN 239870)
   E-mail:  gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail:  tpeters@bwslaw.com
3  Caitlin Cozine (SBN 359459)
   E-mail:  ccozine@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
5  Oakland, California 94612-3520
   Tel:  510.273.8780    Fax:  510.839.9104
6
   Attorneys for Defendants
7  COUNTY OF SUTTER and SUTTER COUNTY
   SHERIFF'S OFFICE (erroneously sued herein as
8  "SUTTER COUNTY SHERIFF'S
   DEPARTMENT") (collectively, "COUNTY
9  DEFENDANTS")

10                    UNITED STATES DISTRICT COURT

11        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12  ANGELA GILBERT, an individual,              Case No. 2:25-cv-01599-SCR (PC)
    ANGELA GILBERT as Successor in Interest
13  to CHAD JAMES DEAN GILBERT Pursuant         **STIPULATION AND [~~PROPOSED~~]**
    to California Code of Civil Procedure section **ORDER TO FURTHER EXTEND**
14  377.30, CASEY GILBERT, SR., an              **DEADLINE FOR COUNTY**
    individual, CASEY GILBERT, SR. as          **DEFENDANTS TO FILE RESPONSIVE**
15  Successor in Interest to CHAD JAMES DEAN     **PLEADING**
    GILBERT Pursuant to California Code of
16  Civil Procedure section 377.30,             Judge:    Hon. Sean C. Riordan

17                    Plaintiffs,               Trial Date:           TBD

18        v.

19  THE COUNTY OF SUTTER, SUTTER
    COUNTY SHERIFF'S DEPARTMENT,
20  SHERIFF BRANDON BARNES , DEPUTY
    ASHLEE MOSELEY, DEPUTY VISHAAL
21  VIRK, DEPUTY KRISTINA HA YES,
    DEPUTY HOW ARD, DEPUTY CLAYTON
22  WYMORE, DEPUTY GARZA, DEPUTY
    WILLIAM WARD, DEPUTY NICOLAS
23  LOPEZ, SGT. D. INGUANZO, DEPUTY
    ANTHONY CALDERON, DEPUTY
24  WILLIAM HANCOCK, DEPUTY BRANDI
    GUBBELS, and BI-COUNTY AMBULANCE
25  SERVICE INC,

26                    Defendants.

27

28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Oakland

4903-5173-1052 v1                        1                  Case No. 2:25-cv-01599-SCR (PC)
                                                     STIP & [~~PROP~~] ORDER TO FURTHER EXTEND
                                                     DEADLINE FOR COUNTY DEFTS TO RESP.

1    Pursuant to Local Rule 143, Plaintiffs and Defendants COUNTY OF SUTTER and

2  SUTTER COUNTY SHERIFF'S OFFICE (erroneously sued herein as "SUTTER COUNTY

3  SHERIFF'S DEPARTMENT") (collectively, "COUNTY DEFENDANTS"), hereby stipulate as

4  follows:

5    WHEREAS, on August 18, 2025, the parties filed a stipulation indicating that the

6  undersigned defense counsel were working to confirm representation of the individually named

7  defendants;

8    WHEREAS, on August 27, 2025, pursuant to the parties' stipulation, the Court entered an

9  order extending the COUNTY DEFENDANTS', and any other individually named defendant

10  represented by the undersigned defense counsel, deadline to respond to the Complaint to October

11  3, 2025;

12    WHEREAS, the undersigned defense counsel have been diligently working to confirm the

13  representation of the individually named defendants but need additional time to obtain service

14  waivers for the individuals they do represent pursuant to Federal Rule of Civil Procedure, Rule 4;

15    WHEREAS, the COUNTY DEFENDANTS are the only defendants who have appeared in

16  this matter as of the date of this stipulation and Plaintiffs' counsel are still working to perfect

17  service, or move for default, as to the other named defendants;

18    WHEREAS, the parties met and conferred and agreed to further extend the COUNTY

19  DEFENDANTS' responsive pleading deadline to permit the undersigned defense counsel to

20  obtain service waivers from the individually named defendants they represent and prepare a single

21  responsive pleading for their clients;

22    WHEREAS, defense counsel have agreed to send Plaintiffs' counsel a Waiver of Service

23  of Summons form (AO 399) for each individual client who agrees to waive service;

24    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and the

25  COUNTY DEFENDANTS, through their respective counsel, that the COUNTY DEFENDANTS

26  shall respond to Plaintiffs' Complaint on or before November 26, 2025.

27    IT IS FURTHER STIPULATED that any individually named defendant, including

28  Defendant SHERIFF BRANDON BARNES, represented by the undersigned defense counsel will

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4903-5173-1052 v1                    2           Case No. 2:25-cv-01599-SCR (PC)
STIP & [PROP] ORDER TO FURTHER EXTEND
DEADLINE FOR COUNTY DEFTS TO RESP.

1  have until on or before November 26, 2025 to file a responsive pleading to the Complaint.

2  Dated:  September 29, 2025                    BURKE, WILLIAMS & SORENSEN, LLP

3

4                                               By:  _____ */s/ Temitayo O. Peters*_____
                                                    Gregory B. Thomas
5                                                   Temitayo O. Peters
                                                    Caitlin Cozine
6                                                   Attorneys for Defendants
                                                    COUNTY OF SUTTER and SUTTER
7                                                   COUNTY SHERIFF'S OFFICE

8

9  Dated:  September 29, 2025                    D.B. HILL, A PROFESSIONAL LAW
                                                 CORPORATION
10

11                                              By:  _____ */s/ Dennis B. Hill* (as authorized on
                                                    September 29, 2025)_____
12                                                  Dennis B. Hill
                                                    Attorneys for Plaintiffs
13

14

15 Dated:  September 29, 2025                    SCHAFF LAW GROUP

16

17                                              By:  _____ */s/ Jeffrey M. Schaff* (as authorized
                                                    on September 29, 2025)_____
18                                                  Jeffrey M. Schaff
                                                    Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4903-5173-1052 v1                               3                    Case No. 2:25-cv-01599-SCR (PC)
                                                     STIP & [PROP] ORDER TO FURTHER EXTEND
                                                     DEADLINE FOR COUNTY DEFTS TO RESP.

1

**[~~PROPOSED~~] ORDER**

2       Pursuant to the stipulation of Plaintiffs and Defendants COUNTY OF SUTTER and

3   SUTTER COUNTY SHERIFF'S OFFICE (erroneously sued herein as "SUTTER COUNTY

4   SHERIFF'S DEPARTMENT") (collectively, "COUNTY DEFENDANTS"), the COUNTY

5   DEFENDANTS, and any other individually named defendant, including Defendant SHERIFF

6   BRANDON BARNES, represented by the stipulating defense counsel, shall file a response to the

7   Complaint on or before November 26, 2025.

8       **IT IS SO ORDERED.**

9

10

11  DATED:   October 6, 2025

12

13  _____

14  SEAN C. RIORDAN
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4903-5173-1052 v1

4

Case No. 2:25-cv-01599-SCR (PC)
STIP & [~~PROP~~] ORDER TO FURTHER EXTEND
DEADLINE FOR COUNTY DEFTS TO RESP.