**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
　E-Mail: Reuben.Jacobson@lewisbrisbois.com
JUANA T. JUNG, SB# 327650
　E-Mail: Juana.Jung@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile:　925.478.3260

Attorneys for Defendant BI-COUNTY
AMBULANCE SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA GILBERT, an individual, ANGELA GILBERT as Successor in Interest to CHAD JAMES DEAN GILBERT Pursuant to California Code of Civil Procedure section 377.30, CASEY GILBERT, SR., an individual, CASEY GILBERT, SR. as Successor in Interest to CHAD JAMES DEAN GILBERT Pursuant to California Code of Civil Procedure section 377.30,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THE COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S DEPARTMENT, SHERIFF BRANDON BARNES , DEPUTY ASHLEE MOSELEY, DEPUTY VISHAAL VIRK, DEPUTY KRISTINA HAYES, DEPUTY HOWARD, DEPUTY CLAYTON WYMORE, DEPUTY GARZA, DEPUTY WILLIAM WARD, DEPUTY NICOLAS LOPEZ, SGT. D. INGUANZO, DEPUTY ANTHONY CALDERON, DEPUTY WILLIAM HANCOCK, DEPUTY BRANDI GUBBELS, and BI-COUNTY AMBULANCE SERVICE INC.,<br><br>　　　　Defendants. | Case No. 2:25-cv-01599-SCR<br><br>**[PROPOSED] ORDER TO EXTEND DEFENDANT BI-COUNTY AMBULANCE SERVICE, INC. TIME TO FILE A RESPONSIVE PLEADING**<br><br>Magistrate Judge: Sean C. Riordan<br><br>Trial Date:　　　None Set |

Pursuant to the stipulation of Plaintiffs and Defendant BI-COUNTY AMBULANCE SERVICE, INC., Defendant BI-COUNTY AMBULANCE SERVICE, INC., represented by the

stipulating defense counsel, shall file a response to the Complaint on or before November 26, 2025.

**IT IS SO ORDERED.**

DATED: November 4, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

164768924.1     2     Case No. 2:25-cv-01599-SCR
JOINT STIPULATION TO EXTEND DEFENDANT BI-COUNTY AMBULANCE SERVICE, INC. TIME TO FILE A RESPONSIVE PLEADING

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW