# United States District Court
# Eastern District of California

| | |
|---|---|
| Angela Gilbert, et al.<br>Plaintiff(s)<br>V.<br>The County of Sutter, et al.<br>Defendant(s) | Case Number: 2:25-cv-01599<br><br>APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jilliann Leigh Tate hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendants Harjot Rai, RN; Christine Sutherland, PA; Amanat Nagra, RN, Roxanne Eastlick, RN, Navdeep Kaur, RN; and, Victor Ferreyra, RN

On August 27, 2018 (date), I was admitted to practice and presently in good standing in the Supreme Court of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

J.S., et al. v. County of Fresno, et al., 1:23-cv-01070, applied: 6/5/26, granted: 6/9/26
A.G., a minor, et al. v. County of Tulare, et al., 1:23-cv-00500, applied 8/19/26, application pending

Date: 8/19/2026 Signature of Applicant: /s/ Jilliann Leigh Tate

**Pro Hac Vice Attorney**

Applicant's Name: Jilliann Leigh Tate

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 150 Fayetteville St., Suite 1120

City: Raleigh State: NC Zip: 27601

Phone Number w/Area Code: (919) 787-4555

City and State of Residence: Winston Salem, NC

Primary E-mail Address: jtate@grsm.com

Secondary E-mail Address: jleightate@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kendra N. Stark

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 315 Pacific Ave.

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (984) 242-1787 Bar # 363663

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/22/2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE